UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY CLOTZ,<br><br>      Plaintiff,<br><br>   v.<br><br>TERRILL OUTSOURCING GROUP, LLC,<br><br>      Defendant. | No. 2:23-cv-01196-CKD<br><br>ORDER |

       This case was filed on June 21, 2023 and assigned solely to the undersigned pursuant to Appendix A of the court's Local Rules. (ECF No. 1.) Defendant filed an answer to plaintiff's complaint on July 19, 2023, which triggered the 30-day deadline for the parties to file a Joint Status Report addressing the subjects listed in Local Rule 240(a) to assist the court in setting a scheduling order for the case. (See ECF No. 3, para. 3.)

       However, that deadline only applies if all parties consent to magistrate judge jurisdiction for all purposes under 28 U.S.C. § 636(c). Under the Initial Scheduling Order, all parties are to inform the Clerk of Court of their decision whether to Consent or Decline magistrate judge jurisdiction for all purposes in this case by filing their Consent/Decline form (ECF No. 3-1) within 90 days of the date the action was filed, in this case by September 19, 2023. (ECF No. 3 at

2, para. 2.)  A review of the docket indicates that no Consent/Decline forms have yet been submitted.

<u>Because defendant has filed its answer and this case is ripe for scheduling, the parties shall file Consent/Decline forms within fourteen days of this order.</u> This order's new Consent/Declined deadline supersedes the Initial Scheduling Order's Consent/Decline deadline. In the event that not all parties consent, this case will be randomly reassigned to a district judge as presiding judge, and that district judge will direct the case's scheduling.

### ORDER

Accordingly, the court HEREBY ORDERS that all parties shall file their Consent/Decline forms within fourteen days of this order.

Dated:  August 14, 2023

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21, clot.1196